**RYLEY CARLOCK & APPLEWHITE**
One North Central Avenue, Suite 1200
Phoenix, AZ 85004-4417
Telephone 602.440.4800
Fax 602.257.9582

James O. Ehinger (Bar No. 9448)
jehinger@rcalaw.com

Kevin R. Heaphy (Bar No. 26266)
kheaphy@rcalaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ERIC LANGAN, an individual; PAUL McNULTY. an individual; PATRICIA QUICK, an individual; STONY POINT FUND, L.P.; a Michigan limited partnership; JEFFREY H. WALLEN, D.D.S., P.C., a professional corporation, | Case No.: |
|         Plaintiffs, | **NOTICE OF REMOVAL** |
| vs. | |
| ARETE INDUSTRIES, INC., a Colorado corporation DON PROSSER and JANE DOE PROSSER, husband and wife, and CHARLES DAVIS and JANE DOE DAVIS, husband and wife. | |
|         Defendants. | |

      Defendants Arete Industries, Inc. ("Arete"), Don Prosser and Jane Doe Prosser, husband and wife, and Charles Davis and Jane Doe Davis, husband and wife (collectively, "Defendants") file this *Notice of Removal* of the above-described action to the United States District Court for the District of Arizona from the Superior Court of the State of Arizona in and for the County of Maricopa where the action is now pending and

state:

1.    This cause was commenced in the Superior Court of the State of Arizona in and for the County of Maricopa on September 30, 2016 as case number CV2016-054549 and Defendants accepted service of a copy of Plaintiffs' Complaint setting forth the claim for relief upon which the action is based on October 19, 2016.

2.    The action is a civil action for misrepresentation and the United States District Court for the District of Arizona has jurisdiction under 28 U.S.C.A. § 1332 by reason of the diversity of citizenship of the parties.

3.    The matter in dispute exceeds $555,000, exclusive of interest and costs.

4.    At the time of the commencement of this action in state court, and since that time, Plaintiffs Eric Langan, Paul McNulty, Patricia Quick, Stony Point Fund L.P. and Jeffrey H. Wallen, D.D.S., P.C. were, and are now, each citizens of Texas, New York, Florida, Michigan and South Carolina, respectively.  Defendant Arete was, and still is, a corporation, incorporated and existing under and by virtue of the laws of Colorado having its principal place of business in Colorado.  Defendants Don Prosser and Jane Doe Prosser at the time the action was commenced and at the present time, were and still are, citizens of Colorado.  Defendants Charles Davis and Jane Doe Davis at the time this action was commenced and at the present time, were and still are, citizens of Colorado. None of the Defendants are citizens of Arizona, the state in which the action was brought.

5.    Copies of all process, pleadings, and orders served upon Defendants are filed as **Exhibits "A" through "E"** to this Notice.  Counsel undersigned hereby verifies that the documents attached to this Notice are true and complete copies of all pleadings and other documents filed in the state court proceeding.

6.    Defendants will give written notice of the filing of this Notice to Plaintiffs as required by 28 U.S.C.A. § 1446(d).

7.    A copy of this Notice has been filed with the Clerk of the Superior Court of the State of Arizona, in and for the County of Maricopa in case number CV2016-054549

1

2

as required by 28 U.S.C.A. § 1446(d).

3

4            **WHEREFORE,** Defendants request that this action proceed in this Court as an

action properly removed to it.

5

6            **DATED** this 17th day of November, 2016.

7

8                                                    RYLEY CARLOCK & APPLEWHITE

9                                                     /s/ Kevin R. Heaphy
                                                    James O. Ehinger
10                                                   Kevin R. Heaphy
                                                    One North Central Avenue, Suite 1200
11                                                   Phoenix, Arizona 85004-4417
                                                    Attorneys for Defendants

12

13

14

15

16

17                                    **CERTIFICATE OF SERVICE**

18            I hereby certify that on November 17, 2016, I electronically transmitted the

19   attached document to the Clerk's Office using the CM/ECF System for filing and mailed

20   a copy of the same to:

21                                          Thomas C. Horne
                                         Horne Slaton, PLLC
22                                 6720 North Scottsdale Road, Suite 285
                                         Scottsdale, Arizona 85253
23                                       *Attorneys for Plaintiffs*

24

25                                           /s/ *Brandi R. Kline*

26

27

28