# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric Langan, et al., | NO. CV-16-03994-PHX-SPL |
| Plaintiffs, | |
| v. | JUDGMENT IN A CIVIL CASE |
| Arete Industries Incorporated, et al., | |
| Defendants. | |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed September 1, 2017, judgment is entered in favor of defendants and against plaintiffs. Plaintiffs to take nothing, and this action is dismissed in its entirety for lack of personal jurisdiction.

Brian D. Karth
District Court Executive/Clerk of Court

September 1, 2017

By  s/ L. Dixon
    Deputy Clerk